# EXHIBIT "A"

LAW OFFICES OF GREGORY JAVARDIAN
GREGORY JAVARDIAN, ESQUIRE Id. No. 55669
JAMES KENNEDY, ESQUIRE Id. No. 86614
MARY KENNEDY, ESQUIRE Id. No. 77149
MEGHAN BOYLE, ESQUIRE Id. No. 201661
1310 INDUSTRIAL BOULEVARD
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA 18966
(215) 942-9690



ATTORNEY FOR PLAINTIFF

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, AS TRUSTEE FOR CIT HOME EQUITY LOAN TRUST 2002-1<br>715 METROPOLITAN AVENUE<br>OKLAHOMA CITY, OK  73108<br>PLAINTIFF | COURT OF COMMON PLEAS<br><br>CIVIL DIVISION<br><br>PHILADELPHIA COUNTY |
| VS. | NO. |
| WILL SALLEY, A/K/A WILL SALLEY, JR.<br>8547 TEMPLE ROAD<br>PHILADELPHIA, PA 19150<br>DEFENDANT | COMPLAINT IN<br>MORTGAGE FORECLOSURE |

### NOTICE

You have been sued in Court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defense or objections to the claims set forth against you.  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff.  You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Lawyer Referral and Information Service
Philadelphia Bar Association
1101 Market Street, 10th Floor
Philadelphia, PA 19107
(215) 238-6333

Case ID: 110301468

## AVISO

Le han demandado a usted en la cort.  Si usted quiere defenderse de estas de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia excrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea aviso que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted compla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades us otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE, SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
SERVICIO DE REFERENCIA E INFORMACION LEGAL
1101 Market Street, 11th Floor
Filadelfia, PA 19107
Telefone: 215-238-1701,
215-238-6333

IF THIS IS THE FIRST NOTICE THAT YOU HAVE RECEIVED FROM THIS OFFICE, BE
ADVISED THAT:

PURSUANT TO THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C § 1692 et seq.
(1977), DEFENDANT(S) MAY DISPUTE THE VALIDITY OF THE DEBT OR ANY
PORTION THEREOF.  IF DEFENDANT(S) DO SO IN WRITING WITHIN THIRTY (30)
DAYS OF RECEIPT OF THIS PLEADING, COUNSEL FOR PLAINTIFF WILL OBTAIN
AND PROVIDE DEFENDANT(S) WITH WRITTEN VERIFICATION THEREOF;
OTHERWISE, THE DEBT WILL BE ASSUMED TO BE VALID.  LIKEWISE, IF
REQUESTED WITHIN THIRTY (30) DAYS OF RECEIPT OF THIS PLEADING, COUNSEL
FOR PLAINTIFF WILL SEND DEFENDANT(S) THE NAME AND ADDRESS OF THE
ORIGINAL CREDITOR, IF DIFFERENT FROM ABOVE.

THE LAW DOES NOT REQUIRE US TO WAIT UNTIL THE END OF THE THIRTY (30)
DAY PERIOD FOLLOWING FIRST CONTACT WITH YOU BEFORE SUING YOU TO
COLLECT THIS DEBT.  EVEN THOUGH THE LAW PROVIDES THAT YOUR ANSWER
TO THIS COMPLAINT IS TO BE FILED IN THIS ACTION WITHIN TWENTY (20) DAYS,
YOU MAY OBTAIN AN EXTENSION OF THAT TIME.  FURTHERMORE, NO REQUEST
WILL BE MADE TO THE COURT FOR A JUDGMENT UNTIL THE EXPIRATION OF
THIRTY (30) DAYS AFTER YOU HAVE RECEIVED THIS COMPLAINT.  HOWEVER, IF
YOU REQUEST PROOF OF THE DEBT OR THE NAME AND ADDRESS OF THE
ORIGINAL CREDITOR WITHIN THE THIRTY (30) DAY PERIOD THAT BEGINS UPON
YOUR RECEIPT OF THIS COMPLAINT, THE LAW REQUIRES US TO CEASE OUR
EFFORTS (THROUGH LITIGATION OR OTHERWISE) TO COLLECT THE DEBT UNTIL
WE MAIL THE REQUESTED INFORMATION TO YOU.  YOU SHOULD CONSULT AN
ATTORNEY FOR ADVICE CONCERNING YOUR RIGHTS AND OBLIGATIONS IN THIS
SUIT.

Case ID: 110301468

LAW OFFICES OF GREGORY JAVARDIAN
GREGORY JAVARDIAN, ESQUIRE Id. No. 55669
JAMES KENNEDY, ESQUIRE Id. No. 86614
MARY KENNEDY, ESQUIRE Id. No. 77149
MEGHAN BOYLE, ESQUIRE Id. No. 201661
1310 INDUSTRIAL BOULEVARD
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA 18966
(215) 942-9690                                                    ATTORNEY FOR PLAINTIFF

---

THE BANK OF NEW YORK MELLON, AS                    COURT OF COMMON PLEAS
TRUSTEE FOR CIT HOME EQUITY LOAN
TRUST 2002-1                                                        CIVIL DIVISION
715 METROPOLITAN AVENUE
OKLAHOMA CITY, OK 73108                             PHILADELPHIA COUNTY
                       PLAINTIFF

       VS.                                                    NO.

WILL SALLEY, A/K/A WILL SALLEY, JR.
8547 TEMPLE ROAD                                           COMPLAINT IN
PHILADELPHIA, PA 19150                              MORTGAGE FORECLOSURE
                       DEFENDANT

## CIVIL ACTION MORTGAGE FORECLOSURE

1.  The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust
    2002-1 (hereinafter referred to as "Plaintiff") is an Institution conducting
    business under the Laws of the Commonwealth of Pennsylvania with a principal
    place of business at the address indicated in the caption hereof.

2.  Will Salley, a/k/a Will Salley, Jr. (hereinafter referred to as "Defendant") is an
    adult individual residing at the address indicated in the caption hereof.

3.  Plaintiff brings this action to foreclose on the mortgage between Defendant and
    itself as Mortgagee by Assignment. The Mortgage, dated July 18, 2000, was
    recorded on July 24, 2000 in the Office of the Recorder of Deeds in Philadelphia
    County at Document ID No. 50114134. Plaintiff is the Mortgagee by
    Assignment by virtue of an Assignment of Mortgage recorded on January 31,
    2011 in the Office of Recorder of Deeds in Philadelphia County at Document ID
    No. 52309587. A copy of the Mortgage and Assignment of Mortgage are
    attached and made a part hereof as Exhibits 'A' and 'B'.

Case ID: 110301468

4.    The Mortgage secures the indebtedness of a Note executed by Defendant on
July 18, 2000 in the original principal amount of $51,000.00 payable to Plaintiff
in monthly installments with an interest rate of 10.650%. A copy of the Note is
attached and made a part hereof as Exhibit 'C'.

5.    The land subject to the mortgage is 8547 Temple Road, Philadelphia, PA 19150.
A copy of the Legal Description is attached as part of the Mortgage as
Exhibit 'A' and incorporated herein.

6.    The Defendant is the Record Owner of the mortgaged property located at
8547 Temple Road, Philadelphia, PA 19150.

7.    The Mortgage is now in default due to the failure of Defendant to make payments
as they become due and owing. As a result of the default, the following amounts
are due:

| | |
|---|---:|
| Principal Balance | $48,525.48 |
| Interest to 3/14/2011 | $5,784.61 |
| Accumulated Late Charges | $272.10 |
| Deferred modification amounts | $29,644.44 |
| Deferred Escrow | $13,648.43 |
| Deferred Fees | $2,476.75 |
| Escrow/Impound | $924.27 |
| Property Inspection | $10.75 |
| Appraisal | $90.00 |
| Cost of Suit and Title Search | $550.00 |
| Attorney's Fees | $1,300.00 |
| Less Unapplied Funds | ($655.34) |
| TOTAL | $102,571.49 |

plus interest from 3/15/2011 at $9.44 per day, costs of suit and attorney's fees.

8.    The attorney's fees set forth above are in conformity with the Mortgage
documents and Pennsylvania Law, and will be collected in the event of a third
party purchase at Sheriff's sale. If the Mortgage is reinstated prior to the Sale,
reasonable attorney's fees will be charged.

9.    Pennsylvania law requires that a plaintiff in mortgage foreclosure provide a defaulting mortgagor with a Notice of Intention to Foreclose ("Act 6 Notice") 41 P.S. Section 403 and Notice of Homeowners' Emergency Mortgage Assistance ("Act 91 Notice") 35 P.S. Section 1680.403c.

10.    The Notice of Intention to Foreclose and Notice of Homeowners' Emergency Mortgage Assistance were required and Plaintiff sent the uniform notice as promulgated by the Pennsylvania Housing Finance Agency to the Defendant by regular and certified mail on December 11, 2009.  A copy of the Notice is attached and made a part hereof as Exhibit 'D'.

WHEREFORE, Plaintiff requests the court enter judgment in Mortgage Foreclosure for the sale of the mortgaged property in Plaintiff's favor and against the Defendant, in the sum of $102,571.49 together with the interest from 3/15/2011 at $9.44 per day, costs of suit and attorney's fees.

LAW OFFICES OF GREGORY JAVARDIAN

BY:    *Meghan K. Boyle*

☐Gregory Javardian, Esquire Id. No. 55669
☐James P. Kennedy, Esquire Id. No. 86614
☐Mary F. Kennedy, Esquire Id. No. 77149
☒Meghan K. Boyle, Esquire Id. No. 201661
Attorneys for Plaintiff

Case ID: 110301468