IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILL SALLEY, | : |
| Plaintiff | : |
| v. | : Case No. 2:12-cv-00459-RK |
| VERICREST FINANCIAL, INC. et al, | : |
| Defendants | : ASSIGNED TO: Judge Kelly |

## ORDER

AND NOW, this 10th day of April, 2012, upon consideration of counsels' Stipulation to Extend Time, it is hereby ORDERED that the Stipulation is GRANTED and Defendants shall have until June 15, 2012 to file an answer or otherwise respond to Plaintiff's Complaint.

BY THE COURT:

_Robert F. Kelly_
J.

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

RECEIVED APR - 9 2012

WILL SALLEY,

    Plaintiff

v.

VERICREST FINANCIAL, INC. et al,

    Defendants

Case No. 2:12-cv-00459-RK

ASSIGNED TO: Judge Kelly

## STIPULATION TO EXTEND TIME

Pursuant to Local Rule 7.4, it is hereby STIPULATED and AGREED by Plaintiff and Defendants that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint will be extended until June 15, 2012. This is the first extension requested by the parties.

/s/Peter D. Schneider
Peter D. Schneider
Attorney I.D. No. 40351
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102

Attorney for Plaintiff
Will Salley

/s/Craig A. Hirneisen
Craig A. Hirneisen
Attorney I.D. No. 209108
Stevens & Lee, P.C.
111 North Sixth St.
P.O. Box 679
Reading, PA 19603

Attorney for Defendants
Vericrest Financial, Inc. and
The Bank of New York Mellon Corporation,
d/b/a The Bank of New York Mellon, as
Trustee for CIT Home Equity Loan Trust
2002-1

/s/Brett L. Messinger
Brett L. Messinger
Attorney I.D. No. 63020
Duane Morris LLP
30 South 17th Street
Philadelphia, PA 19103

Attorney for Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Meghan K. Boyle, and Powers, Kirn & Javardian LLC

Dated: April 9, 2012

SL1 1152022v1 105844.00014