IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

WILL SALLEY,

    Plaintiff

v.

    Case No. 2:12-cv-00459-RK

VERICREST FINANCIAL, INC. et al,

    Defendants

    ASSIGNED TO: Judge Kelly

RECEIVED JUN -7 2012

## ORDER

AND NOW, this 8th day of June, 2012, upon consideration of counsels' Stipulation to Extend Time, it is hereby ORDERED that the Stipulation is GRANTED and Defendants Vericrest Financial, Inc. and The Bank of New York Mellon Corporation, d/b/a The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2002-1 shall have until August 15, 2012 to file an answer or otherwise respond to Plaintiff's Complaint.

BY THE COURT:

_____
Robert F. Kelly, J.