

IN THE COURT UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILL SALLEY

    Plaintiff,

v.

VERICREST FINANCIAL, ET AL.,

    Defendants.

CIVIL ACTION NO: 2:12-CV-00459-RK

FILED
JUN 12 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD AS TO THE COMPLAINT**

IT IS HEREBY STIPULATED by and between Duane Morris LLP (Brett L. Messinger, appearing), on behalf of Defendants Gregory Javardian, Powers Kirn & Javardian and Meghan Boyle, and Community Legal Services (Peter D. Schneider, appearing), on behalf of Plaintiff, that the time in which the said Defendant may answer or otherwise move as to the Complaint is extended to July 21, 2012, in order to allow the parties additional time to resolve the matter.

DUANE MORRIS LLP                    COMMUNITY LEGAL SERVICES

  /s/ Brett L. Messinger                /s/ Peter D. Schneider
By:   Brett L. Messinger               Peter D. Schneider
Attorneys for Defendants Gregory     Attorneys for Plaintiff
Javardian, Powers Kirn & Javardian and
Meghan Boyle

1

## ORDER

This matter having come before the Court on the foregoing Joint Stipulation to Extend Time Answer or to Otherwise Move As To the Complaint,

IT IS HEREBY ORDERED that Defendants Gregory Javardian, Powers Kirn & Javardian and Meghan Boyle's time to answer or to otherwise move as to the Complaint is extended to July 21, 2012.

ORDERED, this 12th day of June, 2012

*Robert F. Kelly*