IN THE COURT UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILL SALLEY<br><br>Plaintiff,<br><br>v.<br><br>VERICREST FINANCIAL, ET AL.,<br><br>Defendants. | CIVIL ACTION NO: 2:12-CV-00459-RK |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Powers Kirn & Javardian, LLC and Meghan K. Boyle ("Defendants") offer to allow judgment to be taken against them it in the above-entitled action for the sum of Fifteen Hundred Dollars and No Cents ($1,500.00), inclusive of all court costs, attorneys' fees and any other costs or damages which may be collectable by Plaintiff.

This offer shall remain in force for ten (10) days after service. If the offer is not accepted in writing within this time period, it is revoked without further notice.

        Respectfully submitted,

        DUANE MORRIS  LLP


           /s/ Brett L. Messinger
        Brett L. Messinger

        *Attorney for Defendants Gregory Javardian, d/b/a*
        *Law Offices of Gregory Javardian, Powers Kirn &*
        *Javardian, LLC and Meghan K. Boyle*

## CERTIFICATE OF SERVICE

I, Brett L. Messinger, hereby state that a true and correct copy of the within Offer of Judgment, is being filed electronically utilizing the ECF system and that the EFC system will automatically generate and send a Notice of Electronic Filing to all users associated with the case. If the ECF system indicates that counsel is being served electronically, such service will be deemed to comply with the ECF system. If the ECF system indicates that counsel is not a user of the ECF system, a true and correct copy of this filing will be delivered on July 20, 2012, by United States first class mail:

/s/ Brett L. Messinger
Brett L. Messinger