

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

Will Salley,
    Plaintiff

        v.

Vericrest Financial, Inc., *et al.*,
    Defendants

Civil Action No. 2:12-cv-00459 RK

### STIPULATION TO EXTEND RESPONSE TIME

The parties to this matter have provisionally agreed to settle the matter but are still finalizing the settlement agreement. In order to allow further time to finalize the terms of the agreement, the parties hereby agree that the deadline for Plaintiff to answer or otherwise respond to the motion to dismiss filed by Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Powers Kirn & Javardian, LLC, and Meghan K. Boyle will be extended until October 5, 2012.

The parties further agree that the deadline for Defendants Vericrest Financial, Inc. and The Bank of New York Mellon Corporation, d/b/a The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2002-1 to answer or otherwise respond to Plaintiff's Complaint will be extended until October 5, 2012 in light of the provisional agreement to settle this matter.

The parties anticipate that no further extensions will be required.

Date: August 29, 2012

/s/ Peter D. Schneider
PETER D. SCHNEIDER
Attorney for Plaintiff Will Salley

/s/ Brett L. Messinger
BRETT L. MESSINGER
Attorney for Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Powers Kirn & Javardian, LLC, and Meghan K. Boyle

/s/ Craig A. Hirneisen
CRAIG A. HIRNEISEN
Attorney for Defendant Vericrest Financial, Inc. and The Bank of New York Mellon Corporation, d/b/a The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2002-1

Date: Aug 30, 2012

APPROVED BY THE COURT:

Robert F. Kelly
Senior U.S. District Court Judge