


OCT - 5 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Will Salley,
    Plaintiff

       v.

Vericrest Financial, Inc., *et al.*,
    Defendants

Civil Action No. 2:12-cv-00459 RK

## STIPULATION AND ORDER OF DISMISSAL

Concurrently with the execution of this Stipulation, the parties to this matter are entering into a Settlement Agreement and Release in full settlement of all claims in the matter. Accordingly, it is hereby stipulated between and among the parties that the matter should be ordered DISMISSED by the Court with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), without costs. The parties further agree, and the Court hereby ORDERS, that the Court shall retain jurisdiction over enforcement of the Settlement Agreement and Release.

Date:  October 5, 2012

| /s/ Peter D. Schneider | /s/ Brett L. Messinger | /s/ Craig A. Hirneisen |
|---|---|---|
| PETER D. SCHNEIDER | BRETT L. MESSINGER | CRAIG A. HIRNEISEN |
| Attorney for Plaintiff Will Salley | Attorney for Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Powers Kirn & Javardian, LLC, and Meghan K. Boyle | Attorney for Defendant Vericrest Financial, Inc. and The Bank of New York Mellon Corporation, d/b/a The Bank of New York Mellon, as Trustee for CIT Home Equity Loan Trust 2002-1 |

APPROVED BY THE COURT AND SO ORDERED:

Date: Oct 10, 2012

_____
Robert F. Kelly
Senior U.S. District Court Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Will Salley, | : |
|     Plaintiff | : |
|         v. | :     Civil Action No. 2:12-cv-00459 RK |
| Vericrest Financial, Inc., *et al.*, | : |
|     Defendants | : |

**CERTIFICATE OF SERVICE**

    I, Peter D. Schneider, certify that I have served a copy of the foregoing Stipulation by email attachment, as follows:

Brett L. Messinger, Esquire
Duane Morris LLP
30 South 17th Street
Philadelphia, PA  19103
email address: blmessinger@duanemorris.com
(Attorney for Defendants Gregory Javardian, d/b/a Law Offices of Gregory Javardian, Powers Kirn & Javardian, LLC, and Meghan K. Boyle)

Craig A. Hirneisen, Esquire
Stevens & Lee, P.C.
111 N. Sixth Street
P.O. Box 679
Reading, PA  19603-0679
email address: cah@stevenslee.com
(Attorney for Defendants Vericrest Financial, Inc. and The Bank of New York Mellon Corporation)

Dated: October 5, 2012            /s/ Peter D. Schneider
                                           PETER D. SCHNEIDER
                                           Attorney for Plaintiff  Will Salley